**Order entered December 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01172-CV

### SATFRAZ TAJ AND ZUBEDA TAJ, Appellants

### V.

### HIGHLANDER COMMUNITY SERVICES AND INVESTMENT, LLC, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02669-2018**

## ORDER

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell

By order dated November 4, 2019, the Court stayed enforcement of the judgment pending its review of the supersedeas bond. The stay is **LIFTED**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE